Case 3:07-cv-00101-SWW   Document 11   Filed 10/02/07   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORORO  DIVISION

| | | |
|---|---|---|
| ALGERNOA CRENSHAW | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:07CV00101 SWW |
| NUCOR CORPORATION | * | |
| | * | |
| Defendant | * | |

## ORDER

Plaintiff Algernoa Crenshaw, through counsel, brings this employment discrimination case against Defendant Nucor Corporation. Before the Court is Crenshaw's motion for a declaratory judgment (docket entry #7) and Nucor's response in opposition (docket entry #10). Local Rule 7.2 requires that all motions, with the exception of motions not relevant here, "be accompanied by a brief consisting of a concise statement of relevant facts and applicable law." Crenshaw's motion, which is barely decipherable, is unaccompanied by a brief in compliance with Rule 7.2. Accordingly, the motion (docket entry #7) is DENIED.

IT IS SO ORDERED THIS 2ND DAY OF OCTOBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE