IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ALGERNOA CRENSHAW * * Plaintiff * * VS. * * NO: 3:07CV00101 SWW NUCOR CORPORATION * * Defendant * * * * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE